# ALABAMA COURT OF CRIMINAL APPEALS



September 6, 2024

**CR-2023-0165**
Demetrius James Anderson v. State of Alabama (Appeal from Mobile Circuit Court:
CC-20-2316)

## NOTICE

You are hereby notified that on September 6, 2024, the following action was
taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk